



# MEMORANDUM OPINION

No. 04-09-00376-CV

Eugene D. **SADLER**,
Appellant

v.

Helen J. **SADLER** A/K/A Helen J. Bryn,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6826
Honorable Jose Joe Lopez, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: December 9, 2009

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief, which was originally due on October 1, 2009, has not been filed. On November 3, 2009, this court ordered appellant to show cause in writing by November 18, 2009, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. The appeal is therefore dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM